UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARRIE DEVORAH, et al.,<br><br>Plaintiff,<br><br>v.<br><br>ROYAL BANK OF CANADA, et al.,<br><br>Defendants. | Case No. 1:15-cv-00032 (CRC) |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION ORDERING PHONE CONVERSATIONS TO BE RECORDED**

Defendants Jason Wise, Carolyn Guy, Scott Sangerman, Kenneth Sullivan, John Pokladowski, John Taft and RBC Wealth Management, a Division of RBC Capital Markets, LLC (collectively, the "Defendants"), by counsel, oppose Plaintiff's Motion Ordering Phone Conversations To Be Recorded. In opposition thereto, Defendants state as follows:

1. Pro se plaintiff Carrie Devorah filed a disjointed motion arguing that: (a) undersigned counsel violated local bar rules by copying Timothy Di Domenico, an attorney who works in the New York office of Greenberg Traurig, on various correspondence and emails; (b) undersigned counsel made various misrepresentations warranting an Order that all conversations with Plaintiff be in writing or recorded; and (c) that someone should be forced to enter an appearance on behalf of the Scott Sangerman TR Trust.
2. Responding to each of those issues in turn: (a) there is no rule prohibiting undersigned counsel from copying Mr. Di Domenico on any letter or email; (b) undersigned counsel did not make any misrepresentations, but nonetheless agrees that any future communications between counsel for Defendants and Plaintiff should be in

writing whenever possible; and (c) undersigned counsel will be entering an appearance on behalf of the Scott Sangerman TR Trust.

WHEREFORE, Defendants respectfully request that this Court deny Plaintiff's Motion Ordering Phone Conversations To Be Recorded.

Dated: February 23, 2015

Respectfully Submitted,

**Greenberg Traurig, LLP**

/s/ Timothy C. Bass
Timothy C. Bass (#457109)
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
(202) 331-3100 (telephone)
(202) 331-3101 (facsimile)
basst@gtlaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2015, I caused a copy of the foregoing Opposition to Plaintiff's Motion Ordering Phone Conversations To Be Recorded to be filed through the Court's electronic case filing system and mailed to the following person:

Carrie Devorah
1505 Crystal Drive, #303
Arlington, Virginia 22202

/s/ Timothy C. Bass
Timothy C. Bass