UNITED STATES DISTRICT AND BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PLAINTIFFS: | ) | |
| CARRIE DEVORAH, et al. | ) | |
| Plaintiffs | ) | |
| vs. | ) | Case No.  1:15-cv-00032 (CRC) |
| | ) | |
| | ) | |
| DEFENDANTS: | ) | |
| ROYAL BANK OF CANADA, et al., | ) | |
| DOES 1 THROUGH 100, INCLUSIVE | ) | |
| | ) | |
| Respondents | ) | |

## PLAINTIFF REQUESTS THIS COURT TO REMIND DEFENDANTS OF SEC RULE 17a(3) and 17a(4) RECORD PRESERVATION FOR SIX YEARS

Plaintiff brings to the attention of this Court data related to this matter is changing. And that things are changing because of data related to this matter. Former RBC employee Bryan Gasche's Linkedin profile has removed the specifics of Gasche's oversight at J.P. Morgan; settings within Plaintiff's RBC accounts are reset. Gasche is a former RY, "the Bank" employee.

Congressman Keith Ellison and Senator Al Franken's Bill, H.R. 2998—Investor Choice Act of 2013, that was introduced in the House, is passed in the 114th Congress. Messrs. Ellison and Franken wrote H.R. 2998 to prohibit mandatory pre-dispute arbitration agreements, amending the Securities Exchange Act of 1934 *(Exhibit 1, Bill Text H.R. 2998)*.

RECEIVED

MAR 1 2 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT AND BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

## **CAYMANS, KIDDS AND RBC**

On July 26, 2013, Plaintiff emailed Defendant Carolyn Guy demanding to know who is

making changes in Plaintiffs open but unfunded accounts- who is buying the IPOs, who

requested Plaintiff's accounts be approved for Options, who removed Defendant Ken Sullivan's

name from Plaintiff's account and other misbehaviours *(Exhibit 2, Email from Plaintiff to*

*Defendant Guy, Fri. Jul 26, 2013 at 10:20pm).* Plaintiff asked about the KIIDS. Plaintiff's

December 2012 account, "Important Account Information" page, near the bottom, states

"Important Information for clients with Offshore Client Certification Form on File", and "To

view important information that supplements your monthly statement..." *(Exhibit 2, Important*

*Account Information).* Plaintiff copied FINRA's senior investigator Kevin Suh on this email to

Defendant Guy including this paperwork KIID alert.

Plaintiff attached the documents to the email, an Option Disclosure Agreement and a

KIID alert. The KIID alert, a "Notification To Clients With Offshore Client Certification Form

on File" advises,

> *"You are receiving this notice because our records indicate that you have an Offshore*
> *Client Certification Form on file which is required to be completed prior to transacting in*
> *offshore mutual funds and/or offshore money market funds."*

The Key Investor Information KIID document directs the reader to RBC's Legal Policy

page which in turn directs the reader to the KIID document.[1] RBC's KIID document states, Page

2, "Persons not eligible to purchase products on this list include but are not limited to, anyone

---

[1] http://www.rbcwm-usa.com/legal/rbc-wm/cid-328618.html#

## UNITED STATES DISTRICT AND BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

who is a citizen or resident of the United States of America or Ireland, their territories and

possessions, or who is physically present in those countries *(Exhibit 2, Key Investor Information*

*(KIID) Document).*

RBC's Worldwide locations page[2] describes,

*"RBC has provided offshore banking and wealth management services to Cayman resident and international clients in Cayman since 1972, states * Depending on your citizenship, some products and services may not be available to you or may be available to you from certain RBC Wealth Management offices."*

## PLAINTIFF NOT ELIGIBLE TO HAVE KIIDS

Plaintiff is not eligible to have KIIDS. Plaintiff lives in America. Plaintiff was a resident

of the District of Columbia when this notice arrived to Plaintiff's open but unfunded accounts.

Before the KIIDS came, Defendant Guy argued at Plaintiff, by email stating, "There has

been no activity in your account after you settled your claims with RBC" *(Exhibit 2, Email of*

*Wed. Jul 17, 2013 at 6:00pm)*

Defendant Guy emailed Plaintiff, 07/17/2013, and said that 302-XXXXX (Ind) was

closed 10/2010; 305- XXXXX (Trust) was closed 08/2010; and 307-XXXXX (IRA) was closed

12/2009. The documents in Plaintiff's account states the IPOs were bought in 2011. J.P. Morgan

was a lead manager on the deal.[3] The enclosed documents show a different story, that there was

activity in Plaintiff's accounts, both, in November 2010 *(Exhibit 2, "author: Bryan Gasche,*

---

[2] http://www.rbcwminternational.com/locations.html?cayman-islands
[3] http://www.marketwatch.com/story/responsys-21vianet-shares-jump-in-ipos-2011-04-21

UNITED STATES DISTRICT AND BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

*date" 11/23/2010; and December 2010, Author: Bryan Gasche, date: 12/08/2010)* again in May

2011*(Exhibit 2, refer to Important Information for May 2011; RenRen notice, 21Vnet notice,*

*Options Disclosure).*

## PLAINTIFF HAS ACCOUNTS WITH DEFENDANT IN 2015

RBC's Danielle Anderson wrote Plaintiff, 01/27/2014, acknowledging that Plaintiff had

contacted the SEC and FINRA. RBC's Danielle Anderson wrote, "you do not have any accounts

with RBC and have not had any accounts with our firm since closing your accounts in December

2009, August 2010 and October 2010," *(Exhibit 2  RBC Wealth Management Letterhead,*

*January 27, 2014).* RBC failed to tell Plaintiff of the ongoing multi-state investigations in to RY,

"the Bank." Furthermore, Anderson wrote, "With regard to your consent over an unknown email

address appearing on your former RBC Connect account, we learned the following. It appears

that at the time you established your RBC Connect access, a prior client's email address became

associated with your Userid." *(Exhibit 2  RBC Wealth Management Letterhead, Page 2, January*

*27, 2014; RBCWM account screen grab- pjwill5349@aol.com).* Plaintiff's accounts are open but

unfunded current as of 03/11/2015 *(Exhibit 2, RBC Wealth Management, 2014 Tax Documents).*

Back in 2010, while the nationwide investigation leading up to the national

Administrative Consent Orders against RY, "the Bank", RY, "the Bank" employee Danielle

Anderson emailed plaintiff,

*"As a reminder, I am not able to process any account activities or journal between*
*accounts as I do not have access to the systems needed to initiate such transactions. Thus, I am*
*forwarding your request to Mr. Grillo for handling…" (Exhibit 2, Email of Tue, May 11, 2010 at*
*7:46am).*

UNITED STATES DISTRICT AND BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

RBC Wealth Management Legal Department Vice President, Anderson was clueless as to

the Beverly Hills structure asking "Mr. Grillo, please let me know if I have misdirected this

request or if there is someone in particular I should direct the request to." *(Exhibit 2, Email of*

*Tue, May 11, 2010 at 7:46am).*

01/29/2010, RY, "the Bank" employee Danielle Anderson asked the Plaintiff,

*"you have defined an account as a "Pension" account. The firm's records do not reflect that you ever maintained a formal pension account with us. We do however show that you maintained an IRA account. Would you be so kind as to clarify which account you deem to be a "Pension" account?" (Exhibit 2, Email from Fri, Jan 29, 2010 at 4:33pm)*

It is RY, "the Banks" 2012 Encrypted CD that defined a Plaintiff account as a "Pension"

account, not Plaintiff.

FINRA senior investigator Kevin Suh emailed, 09/05/2014,

*"Finally, the individual who you claimed to have hacked into your account was one of the architects of RBC's IT system hence his name appears as a creator of the files you received from RBC." (Exhibit 3, Email of Fri, Sep 5, 2014 at 12:36pm)*

Suh wrote, "We consider your case to be closed at this time…" FINRA had determined,

without notifying Law Enforcement, that the architect of RBC's IT system being in Plaintiff's

accounts 6, six years, after leaving RBC, was not a reportable offence.

## FORMER RBC EMPLOYEE REMOVED GLOBAL MONEY TRANSFER SPECIFICS FROM HIS LINKEDIN PROFILE

Bryan Gasche, the "architect of RBC's IT system" has since updated his LINKEDIN

profile from Technology Director at being Vice President at JP Morgan. Bryan Gasche, also,

removed the detailed Specialty Summary which included "global funds transfer." *(Exhibit 3,*

*Bryan Gasche Linkedin Profile (older and updated profiles)* RBC made Plaintiff aware, in to

2012 and 2013 that hundreds of money transfers "took place" between Plaintiffs accounts and

UNITED STATES DISTRICT AND BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

J.P. Morgan. Bryan Gasche's signature is on J.P. Morgan confirmed the account number(s) were

RBC checking account numbers, a service Defendants said was provided to RBC by J.P.

Morgan. Bryan Gasche and J.P. Morgan are not party to this Litigation.

April 2012, the CFTC, Commodities Future Trading Commission, filed their case[4] for
*"Injunctive and other equitable relief and for civil monetary penalties under the Commodity
Exchange Act," detailing RY, "the Bank's wash trading scheme of massive proportion" designed
and "orchestrated as part of RBC's strategy to realize certain lucrative Canadian tax benefits,
which prior to and during the relevant period (at least June 2007 to May 2010) RBC sought to
and did realize by holding certain public companies' stock or "Securities" in its Canadian and
offshore trading accounts." (Exhibit 4, Commodity Futures Trading Commission, Judge
Hellerstein)*

Page 3, #7. The Complaint says,

*"Further, from at least January 2005 to April 2010, RBC willfully falsified, concealed
and covered up material facts and made false statements and omitted to disclose material
information…"*

behaviours the Defendants did in the FINRA matter and have begun doing here- misrepresenting

where RY, "the Bank" and CEO McKay could receive service, and other.

The authors of the CFTC complaint wrote, Page 3 #9,

*"Unless restrained and enjoined by this Court, RBC is likely to engage in the acts and
practices alleged in this Complaint or in similar acts and practices, as described more fully
below…." (Exhibit 4, Commodity Futures Trading Commission, Judge Hellerstein)*

The authors asked the Court's assistance to "enjoin such practice or to enforce

compliance with the Act or any rule, regulation or order thereunder."

There remains the lingering question as to Defendants motivation for spoliation of

Documents, digital hacking of Plaintiff's open but unfunded RBC accounts. Plaintiff's

---

4

http://www.cftc.gov/ucm/groups/public/@lrenforcementactions/documents/legalpleading/enfrbccomplaint0402
12.pdf

## UNITED STATES DISTRICT AND BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

documents tell the 'rest of the story", the investors, possibly opening, yet another chapter for

Legislators to springboard to, off their success of H.R. 2998.

Defendant Guy emailed Plaintiff that "no such documents exist." *(Exhibit 2, Email of*

*Wed. Jul 17, 2013 at 6:00pm)* No existing documents is a violation of SEC rules requiring

documents to be kept for 6, six years.[5] Defendant Guy's email is dated 2012. Plaintiff's FINRA

matter was filed October 26, 2010. June 2011, Defendants' signed the Settlement agreement that

allowed the agreement to be re-opened for reasons of Fraud and/or Coercion.

### RY, "the BANK" DOES NOT HAVE ACCESS TO OFFICES

Plaintiff asks that this Court to admonish the Defendants that Records as required by the

Securities Exchange Act Rule 17a-3, "Records to Be Made by Certain Exchange Members,

Brokers and Dealers" and Rule 17a-4 "Records to Be Preserved by Certain Exchange Members,

Brokers and Dealers". RY, "the Bank" has already stated home office in Minneapolis Minnesota

had no access to oversight what takes place in the Beverly Hills office. But, then there is the

compiled data the multi-state wide investigators gathered, *(Exhibit 2, Email of Tue, May 11,*

*2010 at 7:46am)*

---

[5] http://www.ecfr.gov/cgi-bin/retrieveECFR?gp=&SID=0bcaddb18285ec0a60ff066c56a95c17&r=PART&n=17y3.0.1.1.1#17:3.0.1.1.1.2.105.412

UNITED STATES DISTRICT AND BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

The "Broker-Dealer Record-Keeping Requirements" states the length of time the broker must keep records depends on the type of record....for the first two years these records must be kept in an easily accessible place."[6]

Plaintiff may have accidentally found out that RY, "the Bank" never really closes departed Clients Accounts, keeping "dead" accounts alive for the nefarious activities described by CFTC Legal Counsel in their 'wash' scheme suit against RY, "the Bank." Why else repeat over and over again, a falsehood that a live account is closed and that there are no records of an account that Plaintiff never closed but whomever did, closed the accounts less than 6 years ago, a serious SEC violation, having no records to produce and it is not 2016, yet, accepting for arguments sake, as alleged by Defendant Guy, that the accounts were closed in 2010, a legal quagmire between a rock and a hard place.

## **DEFENDANT REFUSED TO TELL WHERE THE KIIDS ARE**

There are questions needing answers about activity taking place in "closed" Client's accounts. Questions need to be answered about Plaintiff's "Pension" account that Minneapolis headquarters says does not exist. Questions need to be answered about Plaintiff's Cayman KIID account Defendant says isn't in Plaintiff's account documents. Questions need to be answered why Defendants Client had a Wealth Management account when, according to Defendant, the account had less than a million 'except for 1 month October 2007;' about the IPOs, the Options, about Plaintiff's accounts digitally broken in to by a departed RY, "the Bank" employee.

---

[6] www.sec.gov/answers/bdrecrd.htm

## UNITED STATES DISTRICT AND BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

CFTC document, Pages 20 – 23 lays Counts against Defendants, and the Price, a violator has to pay.

Headlines report others experiences with Defendant giving this Court a picture of how Defendants may use the Extension of Time.

## **RY, "the Bank" WITHELD DOCUMENTS IN OTHER LITIGATIONS**

Toronto Life reported "Ex-Royal Bank Advisers admit to forging client signatures- for 10 years."[7] Offshorealert.com reported "US regulator accuses RBC of failing to produce key witness in fraud lawsuit."[8] QMI Agency reported "RBC withheld documents that could shed light on alleged "massive" fraud at its subsidiaries in the Cayman Islands and the Bahamas[9] and "RBC accused of stalling during US Tax Evasion Court Case.[10] Fox Business reported "Dirty Deals? CFTC Accuses RBC of 'Wash' Trading Scheme.[11] Huffington Post reported "CFTC Accuses RBC of "trading Scheme of Massive Proportion."[12] Wall Street Journal Reported "Money-Laundering Fears Fuel an RBC Retreat.[13] Bloomberg wrote "RBC Bahamas Unit Faulted In Probe Of Tax Fraud, Money Laundering."[14] The Tribune's headline reflects that RBC was charged by French prosecutors with "complicity" and "Aggravated money laundering."[15]

---

[7] http://www.torontolife.com/informer/toronto-business/2012/04/19/royal-bank-fake-signatures/
[8] http://www.offshorealert.com/cftc-v-royal-bank-of-canada-richard-chase-deposition-fraud-lawsuit.aspx
[9] http://m.torontosun.com/2014/04/29/rbc-sanctioned-in-new-york-court-in-stock-manipulation-case
[10] http://m.torontosun.com/2014/01/10/rbc-accused-of-stalling-during-us-tax-evasion-court-case
[11] http://www.foxbusiness.com/industries/2012/04/02/dirty-trading-cftc-accuses-rbc-wash-trading-scheme/
[12] http://www.huffingtonpost.com/2012/04/02/cftc-rbc-trading-scheme_n_1398174.html
[13] http://www.wsj.com/articles/money-laundering-fears-fuel-an-rbc-retreat-1422924488
[14] http://www.bloomberg.com/news/articles/2015-02-25/rbc-bahamas-unit-faulted-in-probe-of-tax-fraud-money-laundering
[15] http://thetribune.www.clients.ellingtoncms.com/news/2015/feb/27/french-push-money-laundering-fraud-charges-against/

## UNITED STATES DISTRICT AND BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

The Trinidad & Tobago Guardian Online reported "CFTC sues RBC over alleged Caribbean Operations."[16] Another Tribune article cites RBC documents alleging "either the Bahamas or Cayman Islands" branches initiated every transaction that the CFTC is complaining about and detail the Canadian tax advantages Royal Bank's Bahamian operation sought to obtain."[17] The list of lawsuits against RY, "the Bank" go on and on, even in Tennessee.[18] *(Exhibit 5, Search results RBC Capital Markets lawsuits)*

Defendants, members of FINRA's non profit business league, know the cost of Financial Fraud to the victims. FINRA commissioned a Report, "Non Traditional Costs Of Financial Fraud"[19] from Stanford University Fraud Center. FINRA funds Stanford University Fraud Center. The Study was commissioned to address the seriousness to investors of the $50 billion lost to financial fraud each year, according to funded by FINRA.[20] *(Exhibit 6, Stanford FINRA Foundation Launch Fraud Prevention Center).*

RY, "the Bank" surrendered its California Entity C0661677. RY, "the Banks" Agent for Service of Process resigned 09/29/2008 in and around the time the coordinated investigation in to RY, "the Bank" began across America. RBC Capital Markets last surrendered C2576529 on 02/13/2004 hence conflicting with Defendants allegations the Defendants worked for RBC

---

[16] http://m.guardian.co.tt/business/2012-04-08/cftc-sues-rbc-over-alleged-caribbean-operations
[17] http://www.tribune242.com/news/2012/nov/21/multi-million-scheme-built-upon-rbc-bahamas/
[18] http://dockets.justia.com/docket/tennessee/tnmdce/3:2011cv01098/51882
[19]
http://www.finra.org/Newsroom/NewsReleases/2015/P602563?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+FINRANews+%28FINRA+News%29
[20] http://psych.stanford.edu/~lifespan/articles/Financial%20advisor_stanford-university-and-the-finra-foundation-launch-fraud-prevention-research-center-8020.pdf

# UNITED STATES DISTRICT AND BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

Capital Markets Corporation, in California, post 2004. *(Exhibit 6, California Secretary of State*

*Business Search Result Royal Bank of Canada)*

WHEREFORE, for the foregoing reasons, Plaintiff(s) respectfully moves this Court to

remind Defendants of SEC Rules 17a(3) and 17a(4)

Dated: March ___17ᵗʰ___ , 2015            Respectfully Submitted

Carrie Devorah
1505 Crystal Drive #303
Arlington VA 22202
(562) 688-2883
carriedev@gmail.com
Pro-Se

Timothy C. Bass
DC Bar No. 457109
GreenbergTraurig
2101 L Street NW
Suite 1000
Washington DC 20037
202 533 2323
basst@gtlaw.com

UNITED STATES DISTRICT AND BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA


## SERVICE


These papers are served, this date, upon Attorney Bass, in the matter of Case No. 1:15-cv-00032, Royal Bank of Canada et al.


Dated: March ⎝2ᵗʰ     , 2015                    Respectfully Submitted


_Carrie Devorah_
Carrie Devorah ,
1505 Crystal Drive #303
Arlington VA 22202
(562) 688-2883
carriedev@gmail.com
Pro-Se

Timothy C. Bass
DC Bar No. 457109
GreenbergTraurig
2101 L Street NW
Suite 1000
Washington DC 20037
202 533 2323
basst@gtlaw.com