UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARRIE DEVORAH, et al., )
)
Plaintiff, )
)
v. ) Case No. 1:15-cv-00032 (CRC)
)
ROYAL BANK OF CANADA, et al., )
)
Defendants. )

**ORDER ON DEFENDANTS' JOINT MOTION TO DISMISS**

This matter came before the Court on the Joint Motion to Dismiss filed by Defendants Royal Bank of Canada, RBC Private Counsel (USA), Inc., RBC Capital Markets, LLC, RBC Wealth Management, Jason Wise, Carolyn Guy, Scott Sangerman, Scott Sangerman TR Trust, Kenneth Sullivan, John Pokladowski, John Taft and David McKay. Upon consideration of the matters raised in the Joint Motion to Dismiss, and all oppositions thereto, it is hereby ORDERED:

1. That Defendants' Joint Motion to Dismiss is GRANTED; and
2. That Plaintiffs' Complaint be dismissed with prejudice with each party to bear their own costs.

Entered this ___ day of _____, 2015.

Hon. Christopher R. Cooper
United Stated District Court Judge

COPIES TO:

Timothy C. Bass
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037

Carrie Devorah
1505 Crystal Drive, #303
Arlington, Virginia 22202